**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**IRA WARE, JR.,** *pro se,*

    Plaintiff,

v.                                 Case No.  8:12-cv-1981-T-30MAP

**KNIGHTS ENTERPRISE,**

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Requesting Motion (Dkt. 23). Plaintiff Ware, proceeding *pro se*, appears to be moving for the Court to compel Defendant Knights Enterprise to produce records of equipment he alleges Knights charged against him. However, discovery would be premature at this juncture because there has not been a case management conference or report.  *See* Local Rule 3.05; *Sanborn v. Jagen Pty. Ltd.*, 2010 WL 1730756, *3 (M.D. Fla. Apr. 28, 2010) (stating that "no discovery should be conducted prior to the parties' case management meeting").  Therefore, Ware's motion to request paper from Knights is denied as premature.

It is therefore ORDERED AND ADJUDGED that Plaintiff's Requesting Motion (Dkt. 23) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on December 20, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2012\12-cv-1981.denycompel.frm