**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**IRA WARE, JR.,** *pro se,*

    **Plaintiff,**

v.                                                            Case No.  8:12-cv-1981-T-30MAP

**KNIGHTS ENTERPRISE,**

    **Defendant.**
_____/

## **ORDER**

    **THIS CAUSE** comes before the Court upon Plaintiff's Motion to Proceed on Appeal *in Forma Pauperis* (Dkt. 37) and the Report and Recommendation submitted by Magistrate Judge Pizzo (Dkt. 38).  Although the time has not lapsed for the parties to file written objections to the Report and Recommendation, the Court notes that any objection would be futile.

    After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

    **ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

    1.    The Report and Recommendation (Dkt. 38) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion to Proceed on Appeal *in Forma Pauperis* (Dkt. 37) is DENIED for the reasons stated in the Report and Recommendation.

3. This case shall remain closed.

**DONE** and **ORDERED** in Tampa, Florida on May 6, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2012\12-cv-1981.adoptR&Rdenyingifponappeal.frm